1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  HARTLEY M. K. WEST  (CABN 191609)
   Assistant United States Attorney
5         450 Golden Gate Ave., Box 36055
          San Francisco, California 94102
6         Telephone: (415) 436-7200                    *E-FILED - 9/9/09*
          Fax: (415) 436-7234
7         E-Mail: hartley.west@usdoj.gov

8  Attorneys for Plaintiff

9

10                    IN THE UNITED STATES DISTRICT COURT

11                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,           )   No. CR-09-00058 RMW
14                                     )
                       Plaintiff,      )   STIPULATION TO CONTINUE TRIAL
15                                     )   DATE AND EXCLUDE TIME UNDER
   vs.                                 )   THE SPEEDY TRIAL ACT;
16                                     )   [ ORDER
   RAFIC LABBOUN,                      )
17                                     )
                       Defendant.      )
18 _____)

19                                 **STIPULATION**

20        The United States, by and through Assistant United States Attorney Hartley M. K. West

21  and defendant Rafic Labboun, by and through counsel Assistant Federal Public Defender

22  Nicholas P. Humy, hereby stipulate that the trial date in the above-captioned case, which is

23  currently set for Monday, September 21, 2009, be continued to Monday, November 16, 2009.

24  Defense counsel requires a two-week continuance for medical reasons, to Monday, October 5,

25  2009.  The Court has advised that it is unavailable between October 5 and 19, 2009.  Lead trial

26
    Stipulation; [ Order
    United States v. Labboun
    No. CR 09-00058 RMW                        1

1 counsel government for the government, AUSA Hartley West, is unavailable from October 19

2 until November 16, 2009, because she will need that time to prepare for two oral arguments on

3 complex, consolidated appeals before the Ninth Circuit – *United States v. Ali et al.* (Nos. 07-

4 10529, 07-10539 & 07-10542), scheduled for November 2, and *United States v. Grossi* (Nos. 07-

5 10272, 07-10430, & 07-16627), scheduled for November 3 – and will need the following week to

6 finalize preparations for trial.  Thus, November 16, 2009, is the earliest date on which everyone

7 will be available.

8     The parties agree that the time between September 21 and October 5, 2009, and the time

9 between October 19 and November 16, 2009, is excludable under the Speedy Trial Act, 18

10 U.S.C. § 3161(h)(7)(A) and (B)(iv), for continuity of counsel and effective preparation by

11 government and defense counsel.  The time between October 5 and 19, 2009, due to the Court's

12 unavailability for trial, is not excludable under the Speedy Trial Act.

13     IT IS SO STIPULATED.

14

15 Dated: September 4, 2009                         _____/s/_____
                                                   HARTLEY WEST
16                                                 Assistant United States Attorney

17
   Dated: September 4, 2009                         _____/s/_____
18                                                 NICHOLAS P. HUMY
                                                   Assistant Federal Public Defender
19

20

21

22

23

24

25

26

Stipulation; [] Order
United States v. Labboun
No. CR 09-00058 RMW                                2

**[] ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the trial date be continued from Monday, September 21, 2009, to Monday, November 16, 2009.

THE COURT FINDS that failing to exclude the time between September 21 and October 5, 2009, and the time between October 19 and November 16, 2009, would unreasonably deny the parties' continuity of counsel, and would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between September 21 and October 5, 2009, and the time between October 19 and November 16, 2009, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between September 21 and October 5, 2009, and the time between October 19 and November 16, 2009, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**\*The Pretrial Conference is also continued from 9/10/09 to 11/12/09 @ 2:00 pm.**

IT IS SO ORDERED.

Dated: 9/9/09

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
United States District Court