1   MARK J. REICHEL, State Bar #155034
    THE LAW OFFICES OF MARK J. REICHEL
2   455 CAPITOL MALL, 3rd FLOOR, Suite 350
    Sacramento, California  95814
3   Telephone: (916) 498-9258
    FAX:       (916) 441-6553
4   mark@reichellaw.com
    www.reichellaw.com
5
    Attorney for Defendant                    *E-FILED - 11/5/09*
6   RAFIC LABBOUN

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
    UNITED STATES OF AMERICA,     )   Case No. 09 -058 RMW
12                                )
                  Plaintiff,      )   **STIPULATION OF THE PARTIES**
13                                )   **TO VACATE TRIAL AND PRETRIAL**
         v.                       )   **CONFERENCE DATES AND RE SET**
14                                )   **THE MATTER FOR STATUS**
                                  )   **CONFERENCE AND TO EXCLUDE**
15                                )   **TIME UNDER THE SPEEDY TRIAL**
    RAFIC LABBOUN                 )   **ACT; [] ORDER**
16                                )   **THEREON**
                  Defendant.      )
17   _____

18        IT IS HEREBY STIPULATED by and between the parties

19   hereto through their respective counsel, HARTLEY M.K. WEST,

20   Assistant United States Attorney, and MARK J. REICHEL,

21   attorney for defendant Labboun, that the present dates for

22   the trial confirmation hearing and jury trial shall be

23   vacated and a new date for status conference set for November

24   30, 2009.

25        Defendant has just retained attorney Mark J. Reichel,

26   Esq., to represent him in this matter.  Defense counsel

27   Reichel has a federal criminal trial which begins November

28   Stipulation and Order

17, 2009 in the Eastern District of California, <u>United States</u> <u>v. Mark Anderson</u>, Cr-s-07-096 LKK and which is expected to last through to January 1, 2010.

Defense counsel has not yet received the discovery in the present case.  As well, defense counsel will need time to explore possible defenses, conduct investigation and prepare the matter. The United States had previously entered into an agreement with prior counsel for defendant, Nicholas P. Humy, Assistant Federal Defender, to vacate the currently set dates and re schedule them based upon Mr. Humey's health issues.

All counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged through November 30, 2009 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(A) and (B)(iv) for continuity of counsel and effective defense preparation.
DATED: November 4, 2009.  Respectfully submitted,

_____/s/_____
                                    MARK J. REICHEL
                                    Attorney for Defendant


DATED: November 4, 2009.  _____/s/_____
                                    HARTLEY WEST
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**O R D E R**

**GOOD CAUSE APPEARING,** upon stipulation of the parties, IT IS HEREBY ORDERED that the trial date and trial confirmation hearing dates be vacated and the matter be set for a status conference on November 30, 2009.

**THE COURT FINDS** that failing to exclude time between the lodging of this stipulation and November 30, 2009 would unreasonably deny the defendant's continuity of counsel and would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. **See** 18 U.S.C. § 3161 (H)(7)(A).

**THE COURT FURTHER FINDS** that the ends of justice served by excluding time between the lodging of this stipulation and November 30, 2009, from computation under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial.

**THEREFORE IT IS HEREBY ORDERED** that time under the Speedy Trial Act from the date this stipulation is lodged through November 30, 2009 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(A) and (B)(iv) for continuity of defense counsel and effective defense preparation and in the interests of justice.

IT IS SO ORDERED

DATED: November ___11/5___, 2009.

*Ronald M. Whyte*

THE HONORABLE RONALD M. WHYTE
United States District Court

Stip and Order                                    3