

**FILED**

APR - 1 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR-09-00058-RMW |
| Plaintiff, | **STIPULATION AND ORDER RE: TRIAL EXHIBITS** |
| v. | |
| RAFIC LABBOUN, | |
| Defendants. | |

It is hereby stipulated that the trial exhibits in the above-entitled case may be returned to counsel, and all exhibits will be kept by counsel until or unless an appeal is filed.

Should an appeal be filed counsel are to deliver the exhibits to the Ninth Circuit Court of Appeals upon request by the Clerk's Office of that court.

Dated: 4/1/10

(Counsel for Plaintiffs)
AUSA- Hartley M.K. WEST

Dated: 4/1/10

(Counsel for Defendants)
MARK REICHEL

IT IS SO ORDERED.

Dated: 4/1/10

RONALD M. WHYTE
United States District Judge